## Levant *versus* Varney, *Appellant.*

The seventh section of the Act of 1846, for restricting the sale of intoxicating drinks, requires the defendant, appellant, to " advance the jury fee and all other fees that may arise after the appeal." By the " other fees" there spoken of, are intended only such fees as arise for the services of the clerk of the court.

ACTION OF DEBT for violation of the Act of August 7, 1846, " to restrict the sale of intoxicating drinks." By the seventh section it is enacted that a defendant, appealing from the judgment of a justice of the peace, " shall be held to advance the jury fees and all other fees that may arise after the appeal."

The defendant having taken such an appeal, and entered it in the District Court, was there ordered, on motion of the plaintiff, to advance the fees for the plaintiff's witnesses. Upon his refusal to do so, it was then ordered, that the justice's judgment be affirmed. To those orders, exceptions were taken. And the exceptions were sustained ; the court observing, that the only fees which the defendant was bound to advance, were the jury fee and such fees as arise for the clerk.